**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MARK HAMMERVOLD,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. 4:20-cv-00165** |
| **DIAMONDS DIRECT USA OF DALLAS,** | § | |
| **LLC, DAVID BLANK, DIAMOND** | § | |
| **CONSORTIUM, INC. d/b/a THE DIAMOND** | § | |
| **DOCTOR, and JEWELERS MUTUAL** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT DIAMOND DIRECT USA OF DALLAS, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant Diamonds Direct USA of Dallas, LLC ("Diamonds Direct") states that its parent

corporation is Diamonds Direct USA, Inc., and that no publicly-held corporation owns more than

10% of its stock.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *John M. Barcus*

John M. Barcus
Texas Bar No. 24036185
john.barcus@ogletree.com
Jeff T. Leslie
Texas Bar No.24091294
jeff.leslie@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, Texas  75225
Telephone:  (214) 987-3800
Fax:  (214) 987-3927

**ATTORNEYS FOR DEFENDANT DIAMONDS DIRECT USA OF DALLAS, LLC**

## CERTIFICATE OF SERVICE

The foregoing instrument was filed using the Court's CM/ECF system on May 4, 2020, which will transmit a copy to all counsel of record.

/s/ *John M. Barcus*

John M. Barcus

42729901.1

---

**DEFENDANT DIAMONDS DIRECT USA OF DALLAS, LLC'S**
**RULE 7.1 DISCLOSURE STATEMENT**                                         **Page 2**