# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **MARK HAMMERVOLD,**<br><br>Plaintiff,<br><br>v.<br><br>**DIAMONDS DIRECT USA OF DALLAS, LLC, DAVID BLANK, DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and JEWELERS MUTUAL INSURANCE COMPANY,**<br><br>Defendants. | **Case No.: 4:20-cv-00165-ALM** |

### DEFENDANT DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Diamond Consortium, Inc. d/b/a The Diamond Doctor states that no publicly-held corporation owns more than 10% of its stock.

Respectfully Submitted,

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200 Telephone
(214) 220-5299 Facsimile

By:  /s/ *Carrie J. Phaneuf*
    **CARRIE JOHNSON PHANEUF**
    Texas Bar No. 24003790
    email: cphaneuf@cobbmartinez.com
    **KATHERINE ELRICH**
    Texas Bar No. 24007158
    email: kelrich@cobbmartinez.com

**ATTORNEYS FOR DEFENDANTS DAVID BLANK, AND DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 5, 2020, a true and correct copy of the foregoing was filed and served electronically upon all counsel of record.

*/s/ Carrie J. Phaneuf*
Carrie Johnson Phaneuf
