IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK HAMMERVOLD,<br>　　Plaintiff,<br><br>v.<br><br>DIAMONDS DIRECT USA OF DALLAS, LLC, DAVID BLANK, DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, AND JEWELERS MUTUAL INSURANCE COMPANY,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 4:20-cv-165 |

**DEFENDANT JEWELERS MUTUAL INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Jewelers Mutual Insurance Company ("Jewelers Mutual") files its Corporate Disclosure Statement, pursuant to Fed. R. Civ. P. 7.1, identifying its parent corporations and listing any publicly held company that owns 10% or more of Defendant's stock.

Jewelers Mutual is not a publicly held corporation. Jewelers Mutual Holding Company is the parent corporation for Jewelers Mutual.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　THOMPSON, COE, COUSINS & IRONS, L.L.P.

　　　　　　　　　　　　　　　　By: */s/ Shawn W. Phelan*
　　　　　　　　　　　　　　　　　　　Shawn W. Phelan
　　　　　　　　　　　　　　　　　　　sphelan@thompsoncoe.com
　　　　　　　　　　　　　　　　　　　State Bar No. 00784758
　　　　　　　　　　　　　　　　　　　Thomas M. Horan II
　　　　　　　　　　　　　　　　　　　State Bar No. 24063938
　　　　　　　　　　　　　　　　　　　thoran@thompsoncoe.com
　　　　　　　　　　　　　　　　　　　700 N. Pearl Street, 25th Floor
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　Telephone: (214) 871-8200
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 871-8209

　　　　　　　　　　　　　　　　**COUNSEL FOR JEWELERS MUTUAL**
　　　　　　　　　　　　　　　　**INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of May, 2020, I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification to such users that are registered as e-filers with that system.

      */s/ Shawn W. Phelan*
      Shawn W. Phelan
      Thomas M. Horan II