**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **MARK HAMMERVOLD,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**DIAMONDS DIRECT USA OF DALLAS, LLC, DAVID BLANK, DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and JEWELERS MUTUAL INSURANCE COMPANY,**<br><br>　　　　　**Defendants.** | **Case No.: 4:20-cv-00165-ALM** |

### NOTICE OF DEFENDANT DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR'S RULE 26(A)(1) INITIAL DISCLOSURES

Pursuant to Local Rule CV-26(c), Defendant Diamond Consortium, Inc. d/b/a The Diamond Doctor hereby files notice that on June 8, 2020, it served all counsel of record and *pro se* Plaintiff Mark Hammervold with Defendant Diamond Consortium, Inc. d/b/a The Diamond Doctor's initial disclosures pursuant to Rule 26(a)(1).

Respectfully Submitted,

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200 Telephone
(214) 220-5299 Facsimile

By: /s/ *Carrie J. Phaneuf*
**CARRIE JOHNSON PHANEUF**
Texas Bar No. 24003790
email: cphaneuf@cobbmartinez.com
**KATHERINE ELRICH**
Texas Bar No. 24007158
email: kelrich@cobbmartinez.com

**ATTORNEYS FOR DEFENDANTS DAVID BLANK, AND DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2020, a true and correct copy of the foregoing was filed and served electronically upon all counsel of record.

*/s/ Carrie J. Phaneuf*
Carrie Johnson Phaneuf