# IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | | |
|---|---|---|
| MARK HAMMERVOLD | § | |
| | § | |
|   Plaintiff | § | |
| | § | No. 4:20-CV-00165-ALM |
| v. | § | |
| | § | |
| DIAMONDS DIRECT USA OF | § | |
| DALLAS, LLC; DAVID BLANK; | § | |
| DIAMOND CONSORTIUM, INC. | § | |
| d/b/a THE DIAMOND DOCTOR; and | § | |
| JEWELERS MUTUAL INSURANCE | § | |
| COMPANY | § | |

## PLAINTIFF MARK HAMMERVOLD AND DEFENDANT DIAMONDS DIRECT USA OF DALLAS, LLC'S JOINT MOTION NOTICE OF SETTLEMENT

Pursuant to the Eastern District of Texas's Standing Order Regarding Proper Notification of Settlement to this Court, Plaintiff Mark Hammervold and Defendant Diamonds Direct hereby notify this Court that these Parties have reached a confidential settlement.

The settlement does not resolve the Plaintiff's claims against Defendants David Blank, Diamond Consortium, or Jewelers Mutual Insurance Company.

These Parties anticipate completing their settlement, and filing a joint stipulation of partial dismissal, with prejudice, as to Defendant Diamonds Direct, within thirty (30) days.

Given the scheduling order entered by this Court (Dkt. 33), these Parties do not require entry of an order staying any case deadlines in connection with this notification. However, this Court need not further devote its attention and resources to substantively addressing Diamonds Direct's Motion to Dismiss (Dkt. 10), as it will soon be moot.

        **RESPECTFULLY SUBMITTED,**

        **s/Mark Hammervold**
Mark Hammervold, IL #6320744
155 S. Lawndale Ave.
Elmhurst, IL 60126
(T) 405.509.0372
(F) 615.928.2264
mark@hammervoldlaw.com

*Pro se Plaintiff*

    **s/John Barcus**
**JOHN M. BARCUS**
Texas Bar No. 24036185
email: john.barcus@ogletree.com

**JEFF T. LESLIE**
Texas Bar No. 24091294
email: jeff.leslie@ogletree.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX  75225
Telephone:  (214) 987-3800
Fax:  (214) 987-3927

ATTORNEYS FOR DIAMONDS DIRECT
USA OF DALLAS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2020, a true and correct copy of the foregoing filing was served upon all counsel of record via the Court's ECF system.

        */s/ Mark Hammervold*

1