UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK HAMMERVOLD, § § *Plaintiff,* § § v. § § DIAMONDS DIRECT USA OF DALLAS, § LLC, DAVID BLANK, DIAMOND § CONSORTIUM, INC. d/b/a THE DIAMOND § DOCTOR, and JEWELERS MUTUAL § INSURANCE COMPANY, § § *Defendants.* § | CASE NO. 4:20-cv-00165 |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Mark Hammervold files this Stipulation of Partial Dismissal with Prejudice and states that he stipulates to the dismissal with prejudice of all claims and causes of action asserted by him herein against Defendant Diamonds Direct USA of Dallas, LLC ("Diamonds Direct"). Pursuant to Rule 41(a)(1)(A)(ii), Diamonds Direct consents to the dismissal as evidenced by the signature of its counsel below. **Plaintiff does *not* stipulate to the dismissal of his claims asserted herein against the remaining defendants.**

              Respectfully submitted,

              /s/ *Mark Hammervold*
              Mark Hammervold
              mark@hammervoldlaw.com
              HAMMERVOLD LAW
              155 S. Lawndale Ave.
              Elmhurst, IL  60126
              Telephone:  (405) 509-0372
              Fax:  (615) 928-2264

              *PRO SE*

**STIPULATED AND AGREED TO BY
DIAMONDS DIRECT USA OF DALLAS, LLC**

By

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

/s/ *John M. Barcus*
John M. Barcus
Texas Bar No. 24036185
john.barcus@ogletreedeakins.com
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT DIAMONDS
 DIRECT USA OF DALLAS, LLC**

## **CERTIFICATE OF SERVICE**

The foregoing instrument was filed using the Court's CM/ECF system on August 15, 2020, which will transmit a copy to all counsel of record.

/s/ *Mark Hammervold*
Mark Hammervold

43551107.1