## IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | | |
|---|---|---|
| **MARK HAMMERVOLD** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | **No. 4:20-CV-00165-ALM** |
| **v.** | § | |
| | § | |
| **DIAMONDS DIRECT USA OF** | § | |
| **DALLAS,  LLC; DAVID BLANK;** | § | |
| **DIAMOND CONSORTIUM, INC.** | § | |
| **d/b/a THE DIAMOND DOCTOR; and** | § | |
| **JEWELERS MUTUAL INSURANCE** | § | |
| **COMPANY** | § | |

---

### PLAINTIFF MARK HAMMERVOLD'S TRAP 10(b)(1)(B) NOTICE OF NO TRANSCRIPT BEING ORDERED

---

Pursuant to Fed. R. App. P. 10(b)(1)(B), Plaintiff / Appellant Mark Hammervold hereby gives notice that no transcript will be ordered. This Court decided the Motion to Dismiss at issue without conducting a hearing, so there is no transcript.

RESPECTFULLY SUBMITTED,

<u>s/Mark Hammervold</u>[1]
Mark Hammervold, IL #6320744
155 S. Lawndale Ave.
Elmhurst, IL 60126
(T) 405.509.0372
(F) 615.928.2264
mark@hammervoldlaw.com

*Pro se Plaintiff*

---

[1] Mark Hammervold is an attorney admitted to practice in this district and before the U.S. Court of Appeals for the Fifth Circuit, but is representing himself *pro se* in this case.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 11, 2020, a true and correct copy of

the foregoing filing was served upon all counsel of record via the Court's ECF system.

*/s/ Mark Hammervold*