# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 21, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-40578   Hammervold v. Blank
                   USDC No. 4:20-CV-165

The court has granted an extension of time to and including March 15, 2021 for filing brief of appellees/respondents David Blank and Diamond Consortium, Incorporated in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mrs. Katherine Elrich
Mr. Mark Hammervold
Mr. David O'Toole
Ms. Carrie Johnson Phaneuf
Mr. Shawn W. Phelan
Ms. Elizabeth Lee Thompson