UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK HAMMERVOLD, § § *Plaintiff,* § § v. § § CASE NO. 4:20-cv-00165 DIAMONDS DIRECT USA OF DALLAS, § LLC, DAVID BLANK, DIAMOND § CONSORTIUM, INC. d/b/a THE DIAMOND § DOCTOR, and JEWELERS MUTUAL § INSURANCE COMPANY, § § *Defendants.* § | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The Court has considered the Stipulation of Partial Dismissal with Prejudice (Dkt. #39) filed by Plaintiff Mark Hammervold and is otherwise fully advised. The Court finds that the Motion is well taken and should be and hereby is GRANTED. It is therefore:

ORDERED that each of Plaintiff's claims, causes of action, and requests for relief asserted or assertable herein against Defendant Diamonds Direct USA of Dallas, LLC, are hereby DISMISSED WITH PREJUDICE. The Clerk is directed to terminate Defendant Diamonds Direct USA of Dallas, LLC as a party to this case.

IT IS SO ORDERED.

SIGNED this 3rd day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE