# IN THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | |
|---|---|
| MARK HAMMERVOLD § § **Plaintiff** § § v. § § DIAMONDS DIRECT USA OF § DALLAS,  LLC; DAVID BLANK; § DIAMOND CONSORTIUM, INC. § d/b/a THE DIAMOND DOCTOR; and § JEWELERS MUTUAL INSURANCE § COMPANY § | No. 4:20-CV-00165-ALM |

## PLAINTIFF MARK HAMMERVOLD AND REMAINING DEFENDANTS DAVID BLANK, DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, AND JEWELERS MUTUAL INSURANCE COMPANY'S JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to the Eastern District of Texas's Standing Order Regarding Proper Notification of Settlement to this Court, Plaintiff Mark Hammervold and the remaining Defendants, David Blank, Diamond Consortium, Inc. d/b/a The Diamond Doctor, and Jewelers Mutual Insurance Company hereby notify this Court that these Parties have reached a confidential settlement.

The settlement resolves all remaining claims in this lawsuit.

These Parties anticipate completing their settlement, and filing a joint stipulation of dismissal, with prejudice, as to the remaining Defendants.

The Parties jointly request that the Court stay all unreached deadlines for thirty (30) days, including both Parties' briefing deadlines for the pending motions to dismiss. *See* Dkt. 57.

1

RESPECTFULLY SUBMITTED,

**s/Mark Hammervold**
Mark Hammervold, IL #6320744
155 S. Lawndale Ave.
Elmhurst, IL 60126
(T) 405.509.0372
(F) 615.928.2264
mark@hammervoldlaw.com

*Pro se Plaintiff*

Carrie Johnson Phaneuf
Texas Bar No. 24003790
Katherine Elrich
Texas Bar No. 24007158
Cobb Martinez Woodward PLLC
1700 Pacific Ave., Suite 3100
Dallas, TX 75201

*Attorneys for David Blank and Diamond Consortium Inc. d/b/a The Diamond Doctor*

Shawn W. Phelan
Texas Bar No. 00784758
Thomas M. Horan
Texas Bar No. 24063938
Thompson, Coe, Cousins & Irons
700 N. Pearl St., 25th Floor
Dallas, TX 75201

*Attorneys for Jewelers Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 31, 2021, a true and correct copy of the foregoing filing was served upon all counsel of record via the Court's ECF system.

*/s/ Mark Hammervold*