IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK HAMMERVOLD,<br><br>       Plaintiff,<br><br>   v.<br><br>DIAMONDS DIRECT USA OF DALLAS, LLC, DAVID BLANK, DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and JEWELERS MUTUAL INSURANCE COMPANY,<br><br>       Defendants. | Case No.: 4:20-cv-00165-ALM |

## STIPULATION OF DISMISSAL OF DEFENDANTS

Plaintiff Mark Hammervold ("Plaintiff") and Defendants David Blank, Diamond Consortium, Inc. d/b/a The Diamond Doctor (collectively, "The Diamond Doctor Defendants"), and Jewelers Mutual Insurance Company ("Jewelers Mutual") file this Stipulation of Dismissal pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41.

1.     Plaintiff filed suit against The Diamond Doctor Defendants and Jewelers Mutual seeking damages for conspiracy, malicious prosecution, and abuse of process.

2.     Plaintiff, The Diamond Doctor Defendants and Jewelers Mutual have reached a settlement.  Plaintiff now moves to dismiss all of his claims against The Diamond Doctor Defendants and Jewelers Mutual.

3.     This case is not a class action, or a derivative action, nor has a receiver been appointed.

4.     None of the live Parties have dismissed a prior action based on or including the same claims presented in this suit.  Plaintiff Mark Hammervold entered a stipulation of partial dismissal against Defendant Diamonds Direct USA of Dallas, LLC on August 15, 2020. [Dkt. # 39].

5. Plaintiff's dismissal is with prejudice. Each party has agreed to pay their own litigation costs, including but not limited to attorneys' fees.

Dated: September 30, 2021.

**Respectfully submitted,**

By: /s/ *Mark Hammervold* (with permission)
   **MARK HAMMERVOLD**
   email: mark@hammervoldlaw.com

**HAMMERVOLD LAW**
155 S. Sawndale Ave.
Elmhurst, IL 60126
(405) 509-0372 Telephone
(615) 928-2264 Facsimile

**APPELLANT, PRO SE**

By: /s/ *Shawn Phelan* (with permission)
   **SHAWN W. PHELAN**
   Texas Bar No. 00784758
   email: sphelan@thompsoncoe.com
   **THOMAS M. HORAN II**
   Texas Bar No. 24063938
   email: thoran@thompsoncoe.com

**THOMPSON, COE, COUSINS & IRONS, LLP**
Plaza of the Americas
700 North Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201
(214) 871-8200 Telephone
(214) 871-8209

**ATTORNEYS FOR APPELLEE JEWELERS MUTUAL INSURANCE COMPANY**

By: /s/ *Carrie J. Phaneuf* _____
   **CARRIE JOHNSON PHANEUF**
   Texas Bar No. 24003790
   email: cphaneuf@cobbmartinez.com
   **KATHERINE ELRICH**
   Texas Bar No. 24007158
   email: kelrich@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200 Telephone
(214) 220-5299 Facsimile

**ATTORNEYS FOR DEFENDANTS DAVID BLANK AND DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR**