IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MARK HAMMERVOLD,<br><br>                  **Plaintiff,**<br><br>    v.<br><br>DIAMONDS DIRECT USA OF DALLAS, LLC, DAVID BLANK, DIAMOND CONSORTIUM, INC. D/B/A THE DIAMOND DOCTOR, and JEWELERS MUTUAL INSURANCE COMPANY,<br><br>                  **Defendants.** | Case No.: 4:20-cv-00165-ALM |

### [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS

Before the Court for its consideration is the Stipulation of Dismissal of Defendants, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41, made by Plaintiff Mark Hammervold ("Plaintiff") and Defendants David Blank and Diamond Consortium, Inc. d/b/a The Diamond Doctor (collectively, "The Diamond Doctor Defendants"), and Jewelers Mutual Insurance Company ("Jewelers Mutual"). After considering the Stipulation of Dismissal of Defendants, the Court GRANTS the Stipulation of Dismissal of Defendants.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that The Diamond Doctor Defendants and Jewelers Mutual are dismissed with prejudice. Each party pays their own litigation costs, including but not limited to attorney's fees.